UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD VILLEGAS, individually, JESSIE VILLEGAS, individually, and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>LYLE SLAGHT, individually, DEBOER TRANSPORTATION, INC., a Wisconsin Corporation,<br><br>Defendants. | 2:10-CV-01051-PMP-LRL<br><br><br>ORDER |

The Court having read and considered Defendants' Motion for Partial Summary Judgment (Doc. #37) filed on March 4, 2011, regarding loss of past and future income, Plaintiffs' Response thereto (Doc. #38) filed March 28, 2011, and Defendants' Reply (Doc. #40) filed April 13, 2011, and good cause appearing,

**IT IS ORDERED that** Defendants' Motion for Partial Summary Judgment (Doc. #37) is **GRANTED** with respect to Plaintiffs' claim for loss of **"past income."**

**IT IS FURTHER ORDERED that** Defendants' Motion for Partial Summary Judgment (Doc. #37) with respect to Plaintiffs' claim for loss of **"future income"** is **DENIED** without prejudice to renew the same following the completion of discovery in this case.

DATED: April 28, 2011.

_____
PHILIP M. PRO
United States District Judge