UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD VILLEGAS, et al.<br><br>Plaintiff(s),<br><br>vs<br><br>LYLE SLAGHT, et al.<br><br>Defendant(s).<br><br>DEBOER TRANSPORTATION, INC.,<br><br>Third-Party Plaintiff,<br><br>vs<br><br>J & R FLOORING, INC.,<br><br>Third-Party Defendant. | Case # 2:10-CV-1051-PMP-VCF<br><br>ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

This case is currently stacked on the calendar on **Tuesday, March 26, 2013,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Cam Ferenbach** for a settlement conference.

DATED this 8th day of August, 2012.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE