# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| RICHARD VILLEGAS, *et al.*, | 2:10-cv -01051- PMP-VCF |
| Plaintiffs, | **MINUTE ORDER** |
| vs. | |
| LYLE SLAGHT, *et al.*, | |
| Defendants. | |

Before the Court is *Richard Villegas, et al., v. Lyle Slaght, et al.*, case no. 2:10-cv-01051-PMP-VCF.

The Court held an in-chambers hearing on Defendants' Request for Exception to Appear at Settlement Conference (#67) and Plaintiff's Request for Exception for Paul Powell to Appear at Settlement Conference (#68). Brad R. Kohler, II, Esq. appeared for Defendants. Also present was Don Huston, adjustor, for Sentry Insurance. Plaintiff's counsel did not call in for the telephonic hearing.

IT IS HEREBY ORDERED that the settlement conference scheduled for Tuesday, February 5, 2013 is VACATED.

IT IS FURTHER ORDERED that a hearing regarding the conditions of the settlement conference is scheduled for February 5, 2013 at 9:30 a.m. in Courtroom 3D.

…

…

…

IT IS FURTHER ORDERED that Paul D. Powell, Esq., Kevin A. Sprenz, Esq., and Brad R. Kohler, II, Esq. must appear in person at the hearing scheduled for February 5, 2013.  Don Huston may appear telephonically through the Court's Meet Me line, 1-702-868-4911, passcode 123456.

DATED this 31th day of January, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE