Brad R. Kohler, II, Esq.
Nevada Bar No.: 7408
Jeremiah Pendleton, Esq.
Nevada Bar No.: 9148
THARPE & HOWELL, LLP
6897 West Charleston Boulevard
Las Vegas, Nevada 89117
(702) 562-3301
Fax: (702) 562-3305
jpendleton@tharpe-howell.com
bkohler@tharpe-howell.com

*Attorneys for Defendants*,
LYLE SLAGHT, and DEBOER TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD VILLEGAS, individually, JESSIE VILLEGAS, individually, and as husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>LYLE SLAGHT, individually, DEBOER TRANSPORTATION, INC., a Wisconsin Corporation, DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO. 2:10-CV-01051-PMP-LRL<br><br>**REQUEST FOR CLARIFICATION OF FEBRUARY 5, 2013 ORDER REQUIRING PERSONAL APPEARANCE DEFENDANTS DEBOER TRANSPORTATION AND LYLE SLAGHT AT MANDATORY SETTLEMENT CONFERENCE AND PROPOSED ORDER** |

23497

COMES NOW, Defendants, LYLE SLAGHT and DEBOER TRANSPORTATION, INC., by and through their counsel of record, THARPE & HOWELL, LLP, and hereby moves this Honorable Court for clarification of its February 5, 2013, Order Scheduling Settlement Conference requiring personal appearances by Defendants DeBoer Transportation, Inc. and Lyle Slaght at the February 20, 2013, Settlement Conference. This Motion is based on the pleadings and papers on file herein, the supporting Affidavit of Brad. R. Kohler, Esq., as well as any additional argument the Court may wish to entertain at a hearing of this matter.

Pursuant to the Court's Order Scheduling Settlement Conference of February 5, 2013, Defendants DeBoer Transportation, Inc. (Travis Ploman) and Lyle Slaght are required to personally appear at the February 20, 2013 Settlement Conference in this matter. However, at the February 5, 2013, Status Hearing where Defendants' Request for Exception (Dkt. No. 67) was heard, the Court stated that these Defendants could appear by telephone, and only Trial Counsel and the insurance adjuster, Don Huston of Sentry Insurance is required to attend personally. *Affidavit of Brad R. Kohler, Esq.*, attached hereto as Exhibit "A". For this reason, Defendants request the Court clarify its Order of February 5, 2013, that Defendants Lyle Slaght and DeBoer Transportation can attend the February 20, 2013 Mandatory Settlement Conference by telephone.

DATED this 8th day of February, 2013.

**THARPE & HOWELL**

By: /s/ Brad Kohler II
Brad R. Kohler, II, Esq.
Nevada Bar No. 7408
Jeremiah Pendleton, Esq.
Nevada Bar No. 9148
6897 W. Charleston Blvd.
Las Vegas, Nevada 89117

*Attorneys for Defendants*
LYLE SLAGHT, and DEBOER TRANSPORTATION, INC.

## ~~PROPOSED~~ ORDER

IT IS SO ORDERED, that the **REQUEST FOR CLARIFICATION OF FEBRUARY 5, 2013 ORDER REQUIRING PERSONAL APPEARANCE DEFENDANTS DEBOER TRANSPORTATION AND LYLE SLAGHT AT MANDATORY SETTLEMENT CONFERENCE AND PROPOSED ORDER** is here by granted and Defendants' Lye Slaght and DeBoer Transportation (Travis Ploman) can attend the February 20, 2013 Mandatory Settlement Conference by telephone..

DATED this 11th day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted by:

**THARPE & HOWELL**

By: _____
Brad R. Kohler, II, Esq.
Nevada Bar No. 7408
Jeremiah Pendleton, Esq.
Nevada Bar No. 9148
6897 W. Charleston Blvd.
Las Vegas, Nevada 89117
*Attorneys for Defendants*

- 3 -

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2013, service of the foregoing **REQUEST FOR CLARIFICATION OF FEBRUARY 5, 2013 ORDER REQUIRING PERSONAL APPEARANCE DEFENDANTS DEBOER TRANSPORTATION AND LYLE SLAGHT AT MANDATORY SETTLEMENT CONFERENCE AND PROPOSED ORDER** was made via CM/ECF system to the people listed below:

Brad R. Kohler, II bkohler@tharpe-howell.com, mchristensen@tharpe-howell.com, skohler@tharpe-howell.com

Corey M Eschweiler ceschweiler@glenlerner.com, malvarez@glenlerner.com

Glen J Lerner glerner@glenlerner.com, ccorral@glenlerner.com, jreynhout@glenlerner.com, jschmitt@glenlerner.com, tblack@glenlerner.com

Kevin A. Sprenz KSPRENZ@POWELLLIT.COM

Paul D Powell ppowell@glenlerner.com, dmarcolongo@glenlerner.com

Laurie A. Yott riley@bym-law.com, laurie@bym-law.com, nikki@bym-law.com, stacey@bym-law.com

Jeremiah Pendleton jpendleton@tharpe-howell.com, eramirez@tharpe-howell.com, mchristensen@tharpe-howell.com

Adam D Smith asmith@glenlerner.com, malvarez@glenlerner.com

David S. Davis ddavis@tharpe-howell.com

_____
An Employee of THARPE & HOWELL, LLP

- 4 -

# EXHIBIT "A"

Brad R. Kohler, II, Esq.
Nevada Bar No.: 7408
Jeremiah Pendleton, Esq.
Nevada Bar No.: 9148
THARPE & HOWELL, LLP
6897 West Charleston Boulevard
Las Vegas, Nevada 89117
(702) 562-3301
Fax: (702) 562-3305
jpendleton@tharpe-howell.com
bkohler@tharpe-howell.com

*Attorneys for Defendants*,
LYLE SLAGHT, and DEBOER TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICHARD VILLEGAS, individually, JESSIE VILLEGAS, individually, and as husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>LYLE SLAGHT, individually, DEBOER TRANSPORTATION, INC., a Wisconsin Corporation, DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO. 2:10-CV-01051-PMP-LRL<br><br>**AFFIDAVIT OF BRAD KOHLER IN SUPPORT OF MOTION FOR CLARIFICATION OF FEBRUARY 5, 2013 ORDER REQUIRING PERSONAL APPEARANCE DEFENDANTS DEBOER TRANSPORTATION AND LYLE SLAGHT AT MANDATORY SETTLEMENT CONFERENCE** |

23497

STATE OF NEVADA    )
                  ) ss.
COUNTY OF CLARK    )

BRAD KOHLER, being first duly sworn, deposes, and under penalty of perjury, says as follows:

1. I am an attorney admitted to practice before all the courts of the State of Nevada and I am an associate with the law firm of Tharpe & Howell, LLP, counsel for Defendants DeBoer Transportation and Lyle Slaght.

2. On February 5, 2013 I appeared before the Honorable Magistrate Judge Cam Ferebach at the Status Check regarding the Settlement Conference.

3. At said hearing, and after argument on Defentants Requests for Exception (Dkt. No. 67) Magistrate Judge Cam Ferenback ordered that DeBoer Transportation, Inc. and Lyle Slaght could appear telephonically for the Settlement Conference re-scheduled for February 20, 2013 at 10:00 A.M.

4. However, later in the day on February 5, 2013, Honorable Magistrate Ferenbach filed an Order Rescheduling a Settlement Conference (Dkt. No. 74) that appeared to inadvertently omit the rulings made at the status conference regarding Mr. Slaght's and DeBoer Transportation's attendance at the Mandatory Settlement Conference by phone, therefore necessitating the instant Motion for Clarification.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
BRAD R. KOHLER II

Subscribed and Sworn to before me this 8th day of February, 2013.

_____
NOTARY PUBLIC in and for said County and State.



EGDA RAMIREZ
Notary Public-State of Nevada
APPT. NO. 10-2920-1
My App. Expires September 01, 2014