UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD VILLEGAS, individually, JESSIE VILLEGAS, individually, and as husband and wife,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>LYLE SLAGHT, individually, DEBOER TRANSPORTATION, INC., a Wisconsin Corporation,<br><br>　　　　　Defendants. | 2:10-CV-01051-PMP-VCF<br><br>ORDER |

　　　Having read and considered Defendants' fully briefed Motions to Strike Plaintiffs' Supplement to Rule 26(a)(1) Initial Disclosures (Doc. #107) and Motion to Strike Plaintiffs' Third Supplemental Designation of Initial Expert Witnesses (Doc. #108), and good cause appearing,

　　　**IT IS ORDERED that** Defendants' Motions to Strike Plaintiffs' Supplement to Rule 26(a)(1) Initial Disclosures (Doc. #107) and Motion to Strike Plaintiffs' Third Supplemental Designation of Initial Expert Witnesses (Doc. #108) are **GRANTED**.

DATED: May 29, 2013.

_____
PHILIP M. PRO
United States District Judge