UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD VILLEGAS, individually, JESSIE VILLEGAS, individually, and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>LYLE SLAGHT, individually, DEBOER TRANSPORTATION, INC., a Wisconsin Corporation,<br><br>Defendants. | 2:10-CV-01051-PMP-VCF<br><br>ORDER |

Having read and considered Defendants' fully briefed Motion *In Limine* to Exclude Reference and Evidence as to Damage to the Vehicles involved in the traffic accident at issue (Doc. #86) and having further considered the arguments of counsel presented at the hearing conducted May 8, 2013, and good appearing,

**IT IS ORDERED that** Defendants' Motion *In Limine* To Exclude Reference and Evidence as to Damage to the Vehicles of Plaintiff Richard Villegas and Defendant Lyle Slaght in the Traffic Accident (Doc. #86) is **DENIED**.

DATED: May 29, 2013.

_____
PHILIP M. PRO
United States District Judge