UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RICHARD VILLEGAS, individually, ) 2:10-CV-01051-PMP-VCF
JESSIE VILLEGAS, individually, and )
as husband and wife, )
         Plaintiffs, )   ORDER
vs. )
LYLE SLAGHT, individually, )
DEBOER TRANSPORTATION, INC., )
a Wisconsin Corporation, )
         Defendants. )

By their Motion *In Limine* To Exclude Reference and Evidence as to Plaintiff Richard Villegas' Bodily Injury in the Traffic Accident Report (Doc. #83), Defendants seek to exclude the notation of Nevada Highway Patrol Trooper Gonzalez on the Traffic Accident Report that Plaintiff stated he was injured in the accident. Having considered the fully briefed Motion and the arguments of counsel presented at the hearing conducted May 8, 2013, and good cause appearing,

**IT IS ORDERED that** Defendants' Motion *In Limine* To Exclude Reference and Evidence as to Plaintiff Richard Villegas' Bodily Injury in the Traffic Accident Report (Doc. #83) is **DENIED**.

DATED: May 29, 2013.

                                                _____
                                                PHILIP M. PRO
                                                United States District Judge