UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD VILLEGAS, individually, JESSIE VILLEGAS, individually, and as husband and wife,<br><br>        Plaintiffs,<br><br>vs.<br><br>LYLE SLAGHT, individually, DEBOER TRANSPORTATION, INC., a Wisconsin Corporation,<br><br>        Defendants. | 2:10-CV-01051-PMP-VCF<br><br>ORDER |

      Before the Court for consideration is Plaintiff's Omnibus Motions in Limine (Doc. #91). Defendants filed a Response to Plaintiff's Motion (Doc. #105) on March 11, 2013.

      Motions in Limine are not a vehicle to micro-manage the conduct of a trial months before the trial begins. Plaintiffs Omnibus Motion in Limine consists of thirty-four sub-parts. Several of the sub-parts of Plaintiffs' Motion are not amenable to a pretrial in limine ruling, but are more appropriately reserved for objection at the time of trial in the context of the presentation of the evidence or argument at issue. Hence,

      **IT IS ORDERED** that the following Omnibus Motion in Limine sub-Parts are DENIED without prejudice to renew the same at the time of trial: 1, 2, 3, 5, 6, 9, 18, 22, 24, 26, 28, 29, and 34.

**IT IS FURTHER ORDERED** that the following Motion in Limine sub-parts are **DENIED**: 4, 7, 10, 11, 21, 27, and 30.

**IT IS FURTHER ORDERED** that the following Motion in Limine sub-parts are **GRANTED**: 8, 12, 14, 15, 19, 20 (except that expert witnesses shall not be excluded from the courtroom during trial unless individualized good cause is shown to warrant such exclusion), 23, 25, 31, 32, and 33.

**IT IS FURTHER ORDERED** that the following Motion in Limine sub-parts relating to voire dire are **DENIED** without prejudice to renew the same in connection with the submission of proposed voir dire questions prior to trial: 13, 16 and 17.

DATED: May 29, 2013.

_____
PHILIP M. PRO
United States District Judge