UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RICHARD VILLEGAS, individually, ) 2:10-CV-01051-PMP-VCF
JESSIE VILLEGAS, individually, and )
as husband and wife, )
        Plaintiffs, ) ORDER
vs. )
LYLE SLAGHT, individually, )
DEBOER TRANSPORTATION, INC., )
a Wisconsin Corporation, )
        Defendants. )

       Having further considered the arguments of counsel presented at the hearing conducted May 8, 2013 regarding Defendants' Motion *In Limine* to Exclude the Photographs, Videos, and/or Simulations of Plaintiff's Surgical Procedures (Doc. #81), and having previously granted portions of Defendants' Motion reserving only the question of whether Plaintiffs should be permitted to offer simulations of Plaintiff's surgical procedures, and good cause appearing,

       **IT IS ORDERED that** Defendants' Motion *In Limine* (Doc. #81) is hereby **GRANTED** in its entirety to further exclude simulations of Plaintiff's surgical procedures before the jury.

DATED: May 29, 2013.

_____
PHILIP M. PRO
United States District Judge